**Order entered June 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01329-CV

### ALBERT LUTTERODT, Appellant

### V.

### EMILY LANE OWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12648-G**

## ORDER

We **REINSTATE** this appeal, which was abated to allow the trial court an opportunity to conduct a hearing and make certain findings regarding payment of court reporter Vielica Dobbins's fees for the record of the exhibits. Pursuant to our abatement order, the trial court made the following relevant findings:

•The amount of Ms. Dobbins's fees is $2,000.00.

•Ms. Dobbins's agreed to accept payment of her fee in installments.

•To date, $1,000.00 has been paid for the record of the exhibits.

•Ms. Dobbins and [appellant's counsel] agreed . . . that $1,000.00 is owed and [appellant] would pay $500.00 on June 15, 2015 and $500 on July 15, 2015.

We **ADOPT** these findings and **ORDER** Ms. Dobbins to file, no later than July 24, 2015, either (1) the record of the exhibits or (2) written verification that her fee has not been paid in full and the amount still owed.

Because the supplemental clerk's record containing the requested findings has been filed, we **DENY** as moot Dallas County District Clerk Felicia Pitre's June 22, 2015 request for extension of time to file the supplemental clerk's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dobbins and the parties.

/s/     CRAIG STODDART
JUSTICE